496

(No. 75-CC-742— ▆▆▆▆▆▆▆▆▆

HENKE MANUFACTURING CO., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 11, 1975.*

HENKE MANUFACTURING COMPANY, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-778— ▆▆▆▆▆▆▆▆▆

GRAND SPAULDING DODGE, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 11, 1975.*

GRAND SPAULDING DODGE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.